IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

CIVIL NO. 2:06CV11

| | |
|---|---|
| STELLAR INSURANCE GROUP, INC., ) <br> and TOM STALLINGS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> Vs. ) <br> ) <br> CENTRAL COMPANIES, LLC, d/b/a, ) <br> and/or, a/k/a CENTRAL LEASING ) <br> MANAGEMENT, INC.; and PEO ) <br> MANAGEMENT GROUP, INC., d/b/a, ) <br> and/or, a/k/a SCI COMPANIES, INC., ) <br> ) <br> Defendants. ) <br> ) | <u>O R D E R</u> |

**THIS MATTER** is before the Court *sua sponte* to continue the trial from the October 2007 term in the Bryson City Division.

The Court has received the Magistrate Judge's Memorandum and Recommendation regarding the Defendants' motion for summary judgment and Plaintiffs' motion to amend. Objections to the Memorandum and Recommendation will not be filed nor will the Court complete its review of these motions in time for the parties to adequately prepare for trial for the October 2007 term.

**IT IS, THEREFORE, ORDERED** that the Clerk calendar this case for trial during the Court's December 2007 term in the Bryson City Division.

Signed: September 14, 2007

Lacy H. Thornburg
United States District Judge