# United States District Court
# For The Western District of North Carolina
# Bryson City Division

STELLAR INSURANCE GROUP, INC. and
TOM STALLINGS,

       Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                          2:06cv11

CENTRAL COMPANIES, LLC., dba
and/or aka CENTRAL LEASING
MANAGEMENT, INC. and PEO
MANAGEMENT GROUP, INC. dba
and/or aka SCI COMPANIES,

       Defendant(s).

This action having come before the Court by notice of acceptance of F.R.C.P. 68 Offer of Judgment,

JUDGMENT IS HEREBY ENTERED in favor of the Plaintiffs Stella Insurance Group, Inc. and Tom Stallings against Defendant Central Companies LLC in the amount of $44,878.15 with all costs accrued.

                                          Signed: November 26, 2007

                                          Frank G. Johns, Clerk
                                          United States District Court